ANN CROSTA v. SMITHSONS, INC.

February 1, 1988.

Petition for certification denied.

COUNTY OF MONMOUTH v. WHISPERING WOODS AT
BAMM HOLLOW, INC.

February 1, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 1)

STATE OF NEW JERSEY v. ALLEN ANDERSON.

February 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS LAWRENCE.

February 1, 1988.

Petition for certification denied.